**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ALLAN H. HEILBRUNN,

              Petitioner

        v.

STATE EMPLOYEES' RETIREMENT
BOARD,

              Respondent

: No. 119 MAL 2015
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Commonwealth Court
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 23rd day of July, 2015, the Petition for Allowance of Appeal is **DENIED**.